UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jan Warzecha, Monika Warzecha<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-12029<br><br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER MODIFYING THE AUTOMATIC STAY

This cause coming on to be heard on the motion of ALLIANT CREDIT UNION, for relief from the automatic stay, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

That the automatic stay is modified to permit ALLIANT CREDIT UNION, to enforce state law remedies against the collateral, the real estate commonly known 2944 Parkside Drive, Highland Park, IL 60035.

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

Enter:

Dated: **2 0 MAY 2016**

United States Bankruptcy Judge

**Prepared by:**
Greg Czaicki, Esq. (ARDC#: 6285993)
Emerson & Elder, P.C.
Attorney for Alliant Credit Union
53 W. Jackson Blvd., #526
Chicago, IL 60604
Tel. 312-525-0084
Email: greg@emersonelder.com

Rev: 20130103_bko